IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN EDWARD HOPKINS, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPUTY VALENTINE,<br><br>  Defendant. | No. C 10-04239 SBA (PR)<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CONTINUED INTENT TO PROSECUTE THIS ACTION AND TO PROVIDE COURT WITH CURRENT ADDRESS** |

Plaintiff filed the instant pro se civil rights complaint under 42 U.S.C. § 1983.

Pursuant to Federal Rule of Civil Procedure 41(b), a district court may sua sponte dismiss an action for failure to prosecute or to comply with a court order. See Link v. Wabash R.R., 370 U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991). But such a dismissal should only be ordered when the failure to comply is unreasonable. See id. A district court should afford the litigant prior notice of its intention to dismiss. See Malone v. United States Postal Serv., 833 F.2d 128, 133 (9th Cir. 1987). Pursuant to Northern District Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file and serve upon all opposing parties a notice of change of address specifying the new address. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint or strike an answer when: (1) mail directed to the attorney or the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the attorney or pro se party indicating a current address. See L.R. 3-11(b).

In the instant case, it has been four months since Plaintiff has communicated with the Court. Plaintiff filed a notice of a change of address on March 1, 2011, indicating that he was no longer at San Quentin State Prison and that his new address was at 5419 Foothill Blvd., Oakland, California 94521. However, Plaintiff has not communicated with the Court since that date. Furthermore, mail sent to Plaintiff at his new address was returned as undeliverable on May 31, 2011, with a note

stating, "RETURN TO SENDER, NO MAIL RECEPTACLE, UNABLE TO FORWARD." Accordingly, it is in the interests of justice and judicial efficiency for the Court to establish Plaintiff's current address and whether he intends to continue to prosecute this action. The Clerk of the Court is directed to send copies of this Order as well as the Court's May 2, 2011 Order of Service to Plaintiff at 5419 Foothill Blvd., Oakland, California 94521, and at his last-known address -- San Quentin State Prison.

In light of the foregoing, Plaintiff shall file with the Court a notice of his current address and his continued intent to prosecute no later than **thirty (30) days** from the date of this Order. Failure to timely do so shall result in **dismissal of this action without prejudice** under Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED: 7/15/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.10\Hopkins4239.41(b)-NOTICE.wpd     2

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3
   GLENN EDWARD HOPKINS JR,
4                                                    Case Number: CV10-04239 SBA
             Plaintiff,
5                                                    **CERTIFICATE OF SERVICE**
      v.
6
   ALAMEDA COUNTY et al,
7
             Defendant.
8  _____/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on July 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.

13

14

15 Glenn S. Hopkins F-51996
   5419 Foothill Blvd.
16 Oakland, CA 94521

17
   Dated: July 19, 2011
18                                                   Richard W. Wieking, Clerk
                                                     By: LISA R CLARK, Deputy Clerk
19

20

21

22

23

24

25

26

27

28
   G:\PRO-SE\SBA\CR.10\Hopkins4239.41(b)-NOTICE.wpd        3

*United States District Court*
*For the Northern District of California*